UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00313-MOC-DCK

| CARRIE DENISE JONES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| MCGILL BROTHERS, INC. | ) |  |
| CURRENCE EQUIPMENT, INC. | ) |  |
| DARRYL EDMUND BAINE | ) |  |
| JOHN H CURRENCE, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the court on the plaintiff's Motion to Allow the Consent Order in this matter (#58). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the plaintiff's Motion to Allow the Consent Order in this matter (#58) is **GRANTED**, and the Consent Order included in the plaintiff's Motion (#58), incorporated here by reference, is **GRANTED.** Accordingly, the following defendants are **DISMISSED** from the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a): McGill Brothers, Inc. and Darryl Edmund Baine.

Signed: April 28, 2017

Max O. Cogburn Jr
United States District Judge

-1-